Order entered October 14, 2019

In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00519-CV

**ESTER WILLIAMS, A HOLEE BAIL BONDS, Appellant**

**V.**

**JOANN SEMPLE, Appellee**

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-16-06177-C**

## ORDER

On August 30, 2019, appellant filed a motion to extend time to file her brief asserting, in part, that the parties were attempting to settle their dispute. By order dated September 6, 2019, we directed appellant to file, no later than October 1, 2019, her opening brief, a status report concerning the parties' settlement efforts, or a motion to dismiss the appeal. To date, appellant has not complied. Accordingly, to ensure this appeal moves forward, we **ORDER** appellant's opening brief be filed no later than November 1, 2019. We caution appellant that failure to comply may result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).

/s/    BILL WHITEHILL
        JUSTICE